**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Tippett Studio, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3154061** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **914 Grayson Street** <br> **Berkeley, CA 94710** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.tippett.com**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 1 of 87

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 3 of 87

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
| --- | --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **4/30/2024**
MM / DD / YYYY

X **/s/ Gary Mundell**
Signature of authorized representative of debtor

**Gary Mundell**
Printed name

Title **President and Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Chris Kuhner**
Signature of attorney for debtor

Date **4/30/2024**
MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone **510-763-1000**      Email address

**173291 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Tippett Studio, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/30/2024**      *X* **/s/ Gary Mundell**
                                      Signature of individual signing on behalf of debtor

                                        **Gary Mundell**
                                        Printed name

                                        **President and Chief Executive Officer**
                                        Position or relationship to debtor

| Debtor name | **Tippett Studio, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1346140 B.B. Ltd. 1375 East 14th Avenue Vancouver V5N 2C7, Canada | | Services | | | | $64,800.00 |
| Anibrain Digital Tecnology 401 Gazdar House 629 AJ Ahankar Sheth Marg Mumbai, 400 002 India | | Services | | | | $69,163.00 |
| Chris Morley PO Box 127 1 Prospect Avenue Port Costa, CA 94569 | | Past Due Wages | | | | $55,480.00 |
| Christopher Hanlon 15 Via Floreado Orinda, CA 94563 | | Past Due Wages | | | | $59,515.00 |
| Digikore Studios Private Ltd Growel House 410/2 Mumbai-Pune Road Dapodi, Pune-411 012 India | | Services | | | | $55,795.00 |
| Ernest Kotlier 1555 Scenic Avenue Berkeley, CA 94708 | | Commmercial Lease-Past Due rent | | | | $95,844.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210 | | | | | | **Unknown** |
| Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210 | | **Payroll Taxes** | | | | **$174,604.00** |
| Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210 | | **Payroll Taxes** | | | | **$2,091,364.00** |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | **Payroll Taxes** | | | | **Unknown** |
| Itria Ventures One Penn Plaza, Suite 3101 New York, NY 10119 | | **Assets of the company** | | **$585,000.00** | **$230,753.00** | **$504,247.00** |
| Jambalay Grass Fed Productions, Inc. 500 S. Buena Vista Street MC 3301 Burbank, CA 91521 | | **Overpayment** | **Disputed** | | | **$727,000.00** |
| Kursad Karatas 2022 N. Newhall Milwaukee, WI 53202 | | **Services** | | | | **$68,175.00** |

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 8 of 87

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lorvene Entertainment Private, Ltd. F-1, Unicode Elite Bakkannapalem, Vishakhapatnam India | | Services | | | | $182,982.00 |
| Mark Dubeau 929 Dewing Avenue, Apt. A Lafayette, CA 94549 | | Past Due Wages | | | | $57,896.00 |
| Michael Root 210 Glen Drive Sausalito, CA 94965 | | Past Due Wages | | | | $63,272.00 |
| PG & E P.O. Box 99730 Sacramento, CA 95899 | | Utilities | | | | $68,000.00 |
| Phantom Digital Effects Limited plot#14, 16th Floor Tower B One Indchennai Tamil Nad India 60056 | | | | | | $479,950.00 |
| Ross Nakamura 70 Ruby Lane Vallejo, CA 94590 | | Past Due Wages | | | | $50,415.00 |
| Wells Fargo Bank Card Mac F82535-02f Po Box 10438 Des Moines, IA 50306 | | Credit Card | | | | $87,207.00 |

**Fill in this information to identify the case:**

Debtor name    **Tippett Studio, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................................   $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................................   $      **5,362,065.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................................   $      **5,362,065.00**

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $      **999,002.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $      **4,360,360.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      **4,467,055.00**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b         $      **9,826,417.00**

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 10 of 87

**Fill in this information to identify the case:**

Debtor name  **Tippett Studio, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Operating Account** | **5385** | **$2,043.00** |
| 3.2. | **US Bank** | **Mad Gog Account** | **4112** | **$22.00** |
| 3.3. | **US Bank** | **Money Market** | **4062** | **$229.00** |
| 3.4. | **US Bank** | **Payroll Account** | **4054** | **$13,824.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | **$16,318.00** |
   |---|---|

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 11 of 87

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **Deposit with commercial landlord**                                    $19,347.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                         | $19,347.00 |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          **152,275.00**      -          **0.00**     = ....     $152,275.00
                                         face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                         | $152,275.00 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture Misc. used office furniture | **Unknown** | | **Unknown** |
| **40.** Office fixtures Fixtures | **$211,063.00** | | **$68,218.00** |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software Studio and edit equipment | **$760,393.00** | | **$10,266.00** |
| **42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Misc. props, figures, etc. used by the Debtor.** | **Unknown** | | **Unknown** |

**43.** Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.

| | **$78,484.00** |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | **Studio located at 914 Grayson Street, Berkeley, California** | Leasehold | Unknown | Unknown |
| 55.2. | **2741 Tenth Street, Berkeley, California** | Leasehold Interest | $0.00 | $0.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $0.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets Intellectual Property including name Tippett Studios, digital images** | Unknown | | Unknown |
| 61. | **Internet domain names and websites www.tippett.com** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

| **Net Operating Loss** | Tax year | 2016 | $2,637,184.00 |
| --- | --- | --- | --- |
| **Net Operating Loss** | Tax year | 2019 | $982,757.00 |
| **Net Operating Loss** | Tax year | 2022 | $1,475,700.00 |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.

| $5,095,641.00 |
| --- |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,318.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,347.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $152,275.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $78,484.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,095,641.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,362,065.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,362,065.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** | **Banc of America Leasing & Capital LLC**
Creditor's Name

**135 South Lasalle Street
Chicago, IL 60603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Computer Hardware-Server**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,522.00**    **Unknown**

**2.2** | **Dan Lanigan**
Creditor's Name

**12510 W Horeshoe
New Lenox, IL 60451**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**ay16,2023**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Movie memorabilia and collectables**

Describe the lien
**N/A-no recorded UCC-1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$200,000.00**    **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Itria Ventures** | | | |
|---|---|---|---|---|

Creditor's Name

**One Penn Plaza, Suite 3101
New York, NY 10119**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**     **$585,000.00**     **$230,753.00**
**Assets of the company**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/14/22**

**Last 4 digits of account number**
**5302**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Leaf Capital** | | | |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street, 14th Floor
Philadelphia, PA 19103**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**     **Unknown**     **Unknown**
**Maya Software and Motion Builder Software**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/27/22**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Lion Technology Finance, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street, 14th Floor
Philadelphia, PA 19103**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     **$39,480.00**     **Unknown**
**Software-No security grant language in agreement**

**Describe the lien**
**UCC Financing Statement**

---

|  | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **6/23/23** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|  | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ■ Disputed |

---

| 2.6 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $230,753.00 |
|  | Creditor's Name | **Assets of the company** | | |

**Office of Processing and Disbursement**
**1545 Hawkins Blvd, Ste 202**
**El Paso, TX 79925-2652**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/24/20**
**Last 4 digits of account number**
**8110**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$999,002.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**California Dept of Tax and Fee Admin**
**Acct Information Group MIC 29**
**P. O. Box 942879**
**Sacramento, CA 94279-0029**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,268.00** | **$9,268.00** |
|---|---|---|---|---|

**Carlos Delgado**
**555 Calle de la Mesa**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,353.00 | $12,353.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|
| | **Chris Morley**<br>**PO Box 127**<br>**1 Prospect Avenue**<br>**Port Costa, CA 94569** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,459.00 | $11,459.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|
| | **Christopher Gibbons**<br>**4501 West Street**<br>**Emeryville, CA 94608** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,738.00 | $14,738.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|
| | **Christopher Hanlon**<br>**15 Via Floreado**<br>**Orinda, CA 94563** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,224.00 | $12,224.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|
| | **Corey Rosen**<br>**1255 B De Haro Street**<br>**San Francisco, CA 94107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15,150.00 | $15,150.00 |
| --- | --- | --- | --- | --- |
| | **Dale Taylor**<br>**3271 Sterling Avenue**<br>**Alameda, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,158.00 | $10,158.00 |
| --- | --- | --- | --- | --- |
| | **Daniel Southard**<br>**3184 Mackenzie Place**<br>**Fremont, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,624.00 | $12,624.00 |
| --- | --- | --- | --- | --- |
| | **David Tanaka**<br>**2 Blue Blossom Court**<br>**San Rafael, CA 94903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
| --- | --- | --- | --- | --- |
| | **Franchise Tax Board**<br>**Bankruptcy Section MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95827-2952** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**P.O. Box 2952**
**Sacramento, CA 95827-2952**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15,150.00 | $15,150.00 |
|---|---|---|---|---|

**Gary Mundell**
**1260 Hopkins Drive #45**
**Berkeley, CA 94702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $8,080.00 | $8,080.00 |
|---|---|---|---|---|

**Gretchen Mendel**
**4119 Adeline Street**
**Emeryville, CA 94608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,040.00 | $6,040.00 |
|---|---|---|---|---|

**Hiu Lei**
**2812 Sunset Avenue**
**Oakland, CA 94601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| 2.15 | Priority creditor's name and mailing address<br>**Howard Campbell-Miller**<br>**1042 Valley Run**<br>**Hercules, CA 94547** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,077.00 | $12,077.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,374,957.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Payroll Taxes-2020** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**Bankruptcy Section/Mail Code**<br>**1400S**<br>**1301 Clay St.**<br>**Oakland, CA 94612-5210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $415,520.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2020-Deferred SS taxes** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**Bankruptcy Section/Mail Code**<br>**1400S**<br>**1301 Clay St.**<br>**Oakland, CA 94612-5210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,091,364.00 | $2,091,364.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2023 Payroll Taxes** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 24 of 87

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174,604.00 | $174,604.00 |
|---|---|---|---|---|

| | **Internal Revenue Service** | Check all that apply. | | |
| | **Special Procedures Branch** | ☐ Contingent | | |
| | **Bankruptcy Section/Mail Code** | ☐ Unliquidated | | |
| | **1400S** | ☐ Disputed | | |
| | **1301 Clay St.** | | | |
| | **Oakland, CA 94612-5210** | | | |

Date or dates debt was incurred
**2024 Payroll Taxes**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,852.00 | $11,852.00 |
|---|---|---|---|---|

**James Saltzman**
**639 Humboldt Street**
**Richmond, CA 94805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,696.00 | $12,696.00 |
|---|---|---|---|---|

**Jcee Villadelgado**
**5043 Whins Court**
**San Pablo, CA 94806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,022.00 | $2,022.00 |
|---|---|---|---|---|

**Jeffrey Heath**
**27418 Arriola Avenue**
**Santa Clarita, CA 91350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,245.00 | $7,245.00 |
| --- | --- | --- | --- | --- |
| | **John Daniel** <br> **1369 Francisco Street** <br> **Berkeley, CA 94702** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Payroll** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,345.00 | $11,345.00 |
| --- | --- | --- | --- | --- |
| | **John Dunlap** <br> **900 Rumba Court** <br> **Roseville, CA 95747** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Payroll** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,559.00 | $11,559.00 |
| --- | --- | --- | --- | --- |
| | **Joseph Hamdorf** <br> **178 Haviture Way** <br> **Vallejo, CA 94589** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Payroll** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
| --- | --- | --- | --- | --- |
| | **Julie Tippett** <br> **2741 Woolsey Street** <br> **Berkeley, CA 94705** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,602.00 | $11,602.00 |
|---|---|---|---|---|

**Kai Chang**
**5651 Adeline Street**
**Emeryville, CA 94608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☐ No
- ☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,074.00 | $10,074.00 |
|---|---|---|---|---|

**Ken Rogerson**
**23 Maine Avenue, #29**
**Richmond, CA 94804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,624.00 | $8,624.00 |
|---|---|---|---|---|

**Lisa Cooke**
**2132 Blackwood Drive**
**Walnut Creek, CA 94596**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,557.00 | $13,557.00 |
|---|---|---|---|---|

**Mark Dubeau**
**929 Dewing Avenue, Apt. A**
**Lafayette, CA 94549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 27 of 87

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,927.00 | $2,927.00 |

**Mathew Smyj**
**6431 Benvenue Avenue, Apt. A**
**Oakland, CA 94618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,150.00 | $15,150.00 |

**Michael Root**
**210 Glen Drive**
**Sausalito, CA 94965**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,683.00 | $10,683.00 |

**Philip Tippett**
**2741 Woolsey Street**
**Berkeley, CA 94705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,318.00 | $2,318.00 |

**Raymond Sena**
**3704 Anza Way**
**San Leandro, CA 94578**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Tippett Studio, Inc.** | Case number (if known) | |

| 2.35 | Priority creditor's name and mailing address<br>**Rose Duignan**<br>**1015 Cragmont Avenue**<br>**Berkeley, CA 94708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,539.00 | $2,539.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Ross Nakamura**<br>**70 Ruby Lane**<br>**Vallejo, CA 94590** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,736.00 | $11,736.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Stanley Sadowski**<br>**815 Haight Avenue**<br>**Alameda, CA 94501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,203.00 | $3,203.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Tom Gibbons**<br>**2423 Spaulding Avenue**<br>**Berkeley, CA 94703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,459.00 | $11,459.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 29 of 87

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,805.00 | $3,805.00 |

**Zachary Bascou**
**51 Emerald Circle**
**Vallejo, CA 94589**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,800.00 |

**1346140 B.B. Ltd.**
**1375 East 14th Avenue**
**Vancouver V5N 2C7, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __Services__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Hazard**
**2736 58th Street**
**Sacramento, CA 95817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __services__

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,840.00 |

**Angela Pierson**
**459A 38th Street**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __Services__

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,163.00 |

**Anibrain Digital Tecnology**
**401 Gazdar House**
**629 AJ Ahankar Sheth Marg**
**Mumbai, 400 002**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __Services__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,056.00 |

**ARC IP Law, PC**
**5769 La Jolla Blvd.**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  __Legal Services__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 30 of 87

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,016.00 |
|---|---|---|---|

**AT&T**
**Attn: Bankruptcy**
**4331 Communications Dr**
**Floor 4W**
**Dallas, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Internet/Phone Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.00 |
|---|---|---|---|

**AT&T**
**Attn: Bankruptcy**
**4331 Communications Dr**
**Floor 4W**
**Dallas, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Mobile Telcom**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,421.00 |
|---|---|---|---|

**Bay Alarm**
**PO Box 51041**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Alarm Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,463.00 |
|---|---|---|---|

**Binds & Animals Unlimited, Inc.**
**34145 Pacific Coast Hwy, #761**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,957.00 |
|---|---|---|---|

**Bradley Fox**
**2428 California Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,125.00 |
|---|---|---|---|

**Brett Foxwell**
**2832 Prince Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,551.00 |
|---|---|---|---|

**Brian Mendenhall**
**2207 Ashby Avenue**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Burge Pest Control**
PO Box 80595
City of Industry, CA 91716

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest control services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,827.00** |
|---|---|---|---|

**Capital 1 Bank**
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,998.00** |
|---|---|---|---|

**Carlos Delgado**
555 Calle de la Mesa
Novato, CA 94949

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,150.00** |
|---|---|---|---|

**Charles Rose**
7405 Rockway Avenue
El Cerrito, CA 94530

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,759.00** |
|---|---|---|---|

**Chase**
Attn Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,480.00** |
|---|---|---|---|

**Chris Morley**
PO Box 127
1 Prospect Avenue
Port Costa, CA 94569

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,981.00** |
|---|---|---|---|

**Christopher Gibbons**
4501 West Street
Emeryville, CA 94608

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 32 of 87

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,515.00 |
|---|---|---|---|

**Christopher Hanlon**
**15 Via Floreado**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,288.00 |
|---|---|---|---|

**City of Berkeley**
**Finance Dept**
**1947 Center Street**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **City taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,107.00 |
|---|---|---|---|

**City of Berkeley**
**Revenue Collection Division**
**1947 Center Street, First Floor**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sanitation/Garbage**

Last 4 digits of account number  **3662**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,088.00 |
|---|---|---|---|

**Colin Epstein**
**730 Talbot Avenue**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.00 |
|---|---|---|---|

**Comcast**
**PO Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telecom services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,484.00 |
|---|---|---|---|

**Corey Rosen**
**1255 B De Haro Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,516.00 |
|---|---|---|---|

**Dale Taylor**
**3272 Sterling Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 33 of 87

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,860.00 |
|---|---|---|---|

**Daniel Southard**
**3184 Mackenzie Place**
**Fremont, CA 94536**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**David Norfleet**
**160 Carl Street**
**San Francisco, CA 94117**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,085.00 |
|---|---|---|---|

**David Tanaka**
**2 Blue Blossom Court**
**San Rafael, CA 94903**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,893.00 |
|---|---|---|---|

**Deborah Thomas**
**2222 South Broadway Avenue**
**Boise, ID 83706**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,795.00 |
|---|---|---|---|

**Digikore Studios Private Ltd**
**Growel House**
**410/2 Mumbai-Pune Road**
**Dapodi, Pune-411 012**
**India**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $587.00 |
|---|---|---|---|

**EBMUD**
**PO Box 1000**
**Oakland, CA 94649**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,049.00 |
|---|---|---|---|

**Elliot Bamberger**
**2510 Bush Street**
**San Francisco, CA 94115**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 34 of 87

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,170.00 |
|---|---|---|---|

**Eric Jeffery**
**5950 Doyle Street, #10**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,781.00 |
|---|---|---|---|

**Erik Bernhardt**
**992 SE Portlandia**
**Hillsboro, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,844.00 |
|---|---|---|---|

**Ernest Kotlier**
**1555 Scenic Avenue**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Commmercial Lease-Past Due rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,367.00 |
|---|---|---|---|

**Fred Bode**
**12056 Smallwood Avenue**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,460.00 |
|---|---|---|---|

**FX3X**
**Jane Sandanski**
**108/28 1000**
**Skopje**
**Macedonia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,421.00 |
|---|---|---|---|

**Gary Mundell**
**1260 Hopkins Drive #45**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,151.00 |
|---|---|---|---|

**Gretchen Mendel**
**4119 Adeline Street**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,591.00** |
|---|---|---|---|

**Haralambie Popa**
**1673 Sacramento Street**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helen Li**
**No. 17 Sec2 Jianguo N. Rd**
**Zhongshan Dist. Taipei City**
**Taiwan**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,735.00** |
|---|---|---|---|

**Hiu Lei**
**2812 Sunset Avenue**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,164.00** |
|---|---|---|---|

**Howard Campbell-Miller**
**1042 Valley Run**
**Hercules, CA 94547**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,253.00** |
|---|---|---|---|

**IBM Corporation**
**3039 Cornwallis Road**
**RSRCH TRI PK**
**Durham, NC 27709**

Date(s) debt was incurred  **3/2-23-12-2023**

Last 4 digits of account number  **1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Cloud Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,225.00** |
|---|---|---|---|

**Imagicraft VFX Inc.**
**8030 Ventoso Street**
**Corpus Christi, TX 78414**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,367.00** |
|---|---|---|---|

**Innovate Entertainment, Inc**
**811 N. Catalina Avenue**
**Suite 1108**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727,000.00 |
|---|---|---|---|

**Jambalay**
**Grass Fed Productions, Inc.**
**500 S. Buena Vista Street**
**MC 3301**
**Burbank, CA 91521**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Overpayment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,805.00 |
|---|---|---|---|

**James Brown III**
**7124 Cold Springs Road**
**Penngrove, CA 94951**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,312.00 |
|---|---|---|---|

**James Saltzman**
**639 Humboldt Street**
**Richmond, CA 94805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,313.00 |
|---|---|---|---|

**Jcee Villadelgado**
**5043 Whins Court**
**San Pablo, CA 94806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,394.00 |
|---|---|---|---|

**Jennifer Longaway**
**103 Habitat Terrace**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,574.00 |
|---|---|---|---|

**John Daniel**
**1369 Francisco Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,566.00 |
|---|---|---|---|

**John Dunlap**
**900 Rumba Court**
**Roseville, CA 95747**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|------|-----|-----|-----|

**Jonathan Bunning**
**3 Lowes View Diss**
**Norfolk IP22 4JP**
**United Kingdon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,337.00** |
|------|-----|-----|-----|

**Joseph Hamdorf**
**178 Haviture Way**
**Vallejo, CA 94589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Past Due Wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,725.00** |
|------|-----|-----|-----|

**Joshua Sobel**
**1011 SW 93 Terrace**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,922.00** |
|------|-----|-----|-----|

**Julie Tippett**
**2741 Woolsey Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Past Due Wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,720.00** |
|------|-----|-----|-----|

**Kai Chang**
**5651 Adeline Street**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Past Due Wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|------|-----|-----|-----|

**Kalim Winata**
**3135 Herriot Aveneu**
**Oakland, CA 94619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Litigation Claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,768.00** |
|------|-----|-----|-----|

**Kasita Wonowidjojo**
**9989 Liebe Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Past Due Wages

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 38 of 87

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,579.00 |
|---|---|---|---|
| | Katalyn Sabicer<br>3654 Highland Road<br>Sebastopol, CA 95472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,121.00 |
|---|---|---|---|
| | Kaufman Dolowich LLP<br>135 Crossways Park Drive<br>Suite 201<br>Woodbury, NY 11797 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,748.00 |
|---|---|---|---|
| | Ken Rogerson<br>23 Maine Avenue, #29<br>Richmond, CA 94804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Past Due Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,262.00 |
|---|---|---|---|
| | Konstantin Promokhov<br>3183 Loma Verde Place<br>Palo Alto, CA 94303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Past Due Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,175.00 |
|---|---|---|---|
| | Kursad Karatas<br>2022 N. Newhall<br>Milwaukee, WI 53202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.00 |
|---|---|---|---|
| | Law Offices of Ted Upland<br>3000 Danville Blvd. #112<br>Alamo, CA 94507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Leagl Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|
| | Lemon Sky Amination<br>Unit 3-13A-01, Tower 3<br>UOA Business Park, No. 1<br>Jalan Pengatucara U1/51A | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,065.00 |
| --- | --- | --- | --- |

**Lisa Cooke**
**2132 Blackwood Drive**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182,982.00 |
| --- | --- | --- | --- |

**Lorvene Entertainment Private, Ltd.**
**F-1, Unicode Elite**
**Bakkannapalem, Vishakhapatnam**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,954.00 |
| --- | --- | --- | --- |

**Marie-Laure Nguyen**
**1652 Marin Avenue**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,896.00 |
| --- | --- | --- | --- |

**Mark Dubeau**
**929 Dewing Avenue, Apt. A**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,857.00 |
| --- | --- | --- | --- |

**Mark Powers**
**81 Crescent Avenue**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,200.00 |
| --- | --- | --- | --- |

**Mary Payne**
**581 Bradford Street**
**Pasadena, CA 91105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,350.00 |
| --- | --- | --- | --- |

**Mathew Hazalrig**
**147 N. Avenue 18**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 40 of 87

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,659.00** |
|------|-----|-----|-----|

**Mathew Smyj**
**6431 Benvenue Avenue, Apt. A**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,692.00** |
|------|-----|-----|-----|

**Merrick Cheney**
**55 De Luca Place Suite A**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,272.00** |
|------|-----|-----|-----|

**Michael Root**
**210 Glen Drive**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |
|------|-----|-----|-----|

**Michale Wilman**
**3330 Garden Drive**
**Vancouver, BC**
**V5N 4Y3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,304.00** |
|------|-----|-----|-----|

**Michele Ahn**
**11110 Sweet River Dr**
**Bakersfield**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,358.00** |
|------|-----|-----|-----|

**Neal Hoover**
**278 Barbara Lane**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,543.00** |
|------|-----|-----|-----|

**Nicholas Damico**
**17257 Leadwell Street**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Past Due Wages__

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 41 of 87

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00**

**Nite & Day Power Tech**
**215 Woodson Avenue**
**Ben Lomond, CA 95005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __IT services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00**

**Norris Houk**
**2812 W. 84th Place**
**Inglewood, CA 90305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Omar Hauksson**
**Njalsgata 35 101**
**Reykjavik**
**Iceland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,379.00**

**Oracle Credit Corp**
**PO Box 412622**
**Boston   02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Software__

Last 4 digits of account number __0221__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00**

**PG & E**
**P.O. Box 99730**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$479,950.00**

**Phantom Digital Effects Limited**
**plot#14, 16th Floor**
**Tower B One**
**Indchennai Tamil Nad**
**India 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,348.00**

**Philip Tippett**
**2741 Woolsey Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 42 of 87

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Prodigy Public Relations, LLC**
**2005 Robinson Street, #8**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,747.00** |
|---|---|---|---|

**Quench USA, Inc.**
**PO Box 735777**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,650.00** |
|---|---|---|---|

**Rahul Venugopal**
**3043 Sherbrooke Street, Apt. 411**
**Montreal, QC H1 089**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,553.00** |
|---|---|---|---|

**Randy link**
**807 41st Avenue**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,294.00** |
|---|---|---|---|

**Raymond Sena**
**3704 Anza Way**
**San Leandro, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,344.00** |
|---|---|---|---|

**Rayon FX**
**200-415 Rue Saint-Charles O**
**Longueuil, QC**
**J4H 1G1**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,600.00** |
|---|---|---|---|

**Resonance Digital LLP**
**F-802 Lotus Corporate Park**
**Western Express Highway Goregaon**
**East Mur**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$12,419.00** |
| | Riley Lozano | ☐ Contingent |
| | 935 Grizzly Peak | ☐ Unliquidated |
| | Berkeley, CA 94708 | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Past Due Wages__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$38,865.00** |
| | Roberts Meyers | ☐ Contingent |
| | 4 Kit Carson Way | ☐ Unliquidated |
| | Vallejo, CA 94589 | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Past Due Wages__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$50,415.00** |
| | Ross Nakamura | ☐ Contingent |
| | 70 Ruby Lane | ☐ Unliquidated |
| | Vallejo, CA 94590 | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Past Due Wages__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00** |
| | Sanjay Das | ■ Contingent |
| | 44 Highgate Road | ■ Unliquidated |
| | Berkeley, CA 94704 | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Disptuted Litigation Claim__ |
| | | Is the claim subject to offset? ☐ No ■ Yes |

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$44,155.00** |
| | Satish Ratakonda | ☐ Contingent |
| | 4340 Valley Avenue | ☐ Unliquidated |
| | Pleasanton, CA 94566 | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Services__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$36,320.00** |
| | Sean Charlesworth | ☐ Contingent |
| | 435 Bay Street | ☐ Unliquidated |
| | Crockett, CA 94525 | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Services__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$3,344.00** |
| | Sean House | ☐ Contingent |
| | 7 Loma Vista | ☐ Unliquidated |
| | Vallejo, CA 94590 | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Services__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,775.00** |
|---|---|---|---|

**Shmuel Segal**
**2540 Lessley Avenue**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Sonic**
**2260 Appolla Way**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,410.00** |
|---|---|---|---|

**Spellbound Visual Effects & Animation**
**1&2, 100 Feed Road**
**Thiru Vi Ka Industrial Estate**
**Ekkattuthangel, Chennel**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,699.00** |
|---|---|---|---|

**Stanley Sadowski**
**815 Haight Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Past Due Wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Steven Bongers**
**504 Jeff King Street**
**Gallup, NM 87301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Contract Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Strategic Tax Solutions**
**287 Camelia Circle**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tax Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,300.00** |
|---|---|---|---|

**Subhra Raha**
**5/A Bijoynagar**
**24 PGS North, West Bengal**
**Naihati**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 45 of 87

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00** |

**Sumit Verma**
**Flat 302, 27th Block**
**East End apt Mayur Vihar Phase 1 ext**
**East Delhi**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Contract Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,110.00** |

**Tau Films, LLC**
**3534 Purdue Avenue**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,695.00** |

**The Oliver Ellis Wood LLC**
**1300 S. 51st Street**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Commercial Lease-Past Due Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,265.00** |

**Thomas Hutchinson**
**2051 El Dorado Court**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Past Due Wages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |

**Tiffany Janitorial Services**
**PO Box 7078**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Janitorial Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,136.00** |

**Tom Gibbons**
**2423 Spaulding Avenue**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Past Due Wages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Ultra 8**
**151 Boultbee Avenue**
**MAJ 1B2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Contract Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,700.00 |
|---|---|---|---|

**Valentina Ghiringhelli**
**Via Vittorio Emanuele 25**
**Capraia Island**
**Italy 57032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,263.00 |
|---|---|---|---|

**Veronica Chen**
**541 Sierra Nadre Villa Ave,**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,225.00 |
|---|---|---|---|

**Vertigo Visual**
**Pariska 10b**
**Skpje, Macedonia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,311.00 |
|---|---|---|---|

**Waterlogic West, Inc**
**PO Box 31001**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Service Fees (may have been assumed by Quench)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,490.00 |
|---|---|---|---|

**Webster Colcord**
**2000 Franciscan Way, Apt 100**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,207.00 |
|---|---|---|---|

**Wells Fargo Bank Card**
**Mac F82535-02f**
**Po Box 10438**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit Card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,160.00 |
|---|---|---|---|

**William Kalkanis-Ellis**
**1827 Addison Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tippett Studio, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,414.00** |
|---|---|---|---|

**Zachary Bascou**
**51 Emerald Circle**
**Vallejo, CA 94589**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Past Due Wages__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zavava Ltd**
**369 Hagley Road West**
**Birmingham**
**United Kingdom B32 2AL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Sanjay Das**<br>**c/o The Ottinger Firm**<br>**535 Mission Street, 14th Floor**<br>**San Francisco, CA 94105** | Line  **3.100**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **4,360,360.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **4,467,055.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **8,827,415.00** |

Case: 24-40657   Doc# 1   Filed: 05/01/24   Entered: 05/01/24 13:41:11   Page 48 of 87

| Fill in this information to identify the case: |
|---|

Debtor name **Tippett Studio, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease-2741 Tenth Street, Berkeley, California**<br><br>**Month to Month** |
| | **Ernest Kotlier**<br>**1555 Scenic Avenue**<br>**Berkeley, CA 94708** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software License** |
| | **Foundry**<br>**Rutland House**<br>**148 Edmund Street**<br>**Birmingham, UK B3 2JR** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consulting Agreement**<br><br>**Renewable as work is done** |
| | **Mary Payne**<br>**581 Bradford Street**<br>**Pasadena, CA 91105** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Investment and Aquisition of Shares of Tippett Studio, Inc.** |
| | **Phantom Digital Effects Limited**<br>**plot#14, 16th Floor**<br>**Tower B One**<br>**Indchennai Tamil Nad**<br>**India 60056** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Software License**

Pixar Animation Studio
1200 Park Avenue
Emeryville, CA 94608

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Software License**

SE Software
520 Broadway, 2nd floor
Santa Monica, CA 90401

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Consulting Agreement**

**Renewable as work is done**

Steven Bongers
504 Jeff King Street
Gallup, NM 87301

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Consulting Agreement**

**Renewable as work is done**

Sumit Verma
Flat 302, 27th Block
East End apt Mayur Vihar Phase 1 ext
East Delhi
India

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Software Licenses**

Teradici
350 N. Clarke Street, Suite 700
Chicago, IL 60654

---

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 50 of 87

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-914 Grayson Street, Berkeley, California** | |
|---|---|---|---|
| | State the term remaining | | **The Oliver Ellis Wood LLC 1300 S. 51st Street Richmond, CA 94804** |
| | List the contract number of any government contract | _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Visual Effects Master Service Agreement Dated May 4, 2022** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Tippett Studio Canada 4711 Yonge Street 10th Floor Toronto, Ontario M2N6K8** |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing/Production Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ultra 8 151 Boultbee Avenue MAJ 1B2 Canada** |
| | List the contract number of any government contract | _____ | |

Fill in this information to identify the case:

Debtor name **Tippett Studio, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Philip and Jules Tippett** | **2741 Woolsey Street Berkeley, CA 94705** | **Itria Ventures** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Philip and Jules Tippett** | **2741 Woolsey Street Berkeley, CA 94705 Disputed liability** | **Sanjay Das** | ☐ D _____ <br> ■ E/F __3.100__ <br> ☐ G _____ |
| 2.3 | **Gary Mundell** | **1260 Hopkins Drive #45 Berkeley, CA 94702 Co-Defendant** | **Sanjay Das** | ☐ D _____ <br> ■ E/F __3.100__ <br> ☐ G _____ |
| 2.4 | **Sanjay Das** | **c/o The Ottinger Firm 535 Mission Street, 14th Floor San Francisco, CA 94105** | **Kalim Winata** | ☐ D _____ <br> ■ E/F __3.60__ <br> ☐ G _____ |

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 52 of 87

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:       Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$850,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$3,168,832.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$10,285,826.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:       List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **The Oliver Ellis Wood LLC**<br>**1300 S. 51st Street**<br>**Richmond, CA 94804** | 2/28/2024-$11,694<br>3/13/2024-$11,694<br>4/4//2024-$23,003<br><br>3/13/2024-$11,694<br>4/4/2024-$23,388 | $46,777.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial Lease Payments** |
| 3.2. | **Itria Ventures**<br>**One Penn Plaza, Suite 3101**<br>**New York, NY 10119** | 2/15/2024-$20,000<br>3/21/2024-$20,000<br>4/15/2024-$20,000 | $60,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Ernest Kotlier**<br>**1555 Scenic Avenue**<br>**Berkeley, CA 94708** | 2/12/2024-$23,111<br>2/28/2024-$23,111<br>4/9/2024-$23,111<br>4/9/2024-$23,111 | $69,334.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commericial Lease Payment** |
| 3.4. | **PG & E**<br>**P.O. Box 99730**<br>**Sacramento, CA 95899** | 2/16/2024-$9,672<br>2/20/2024-$585<br>3/18/2024-$400<br>4/1/2024-$619<br>4/15/2024-$400<br>4/15/2024-$ | $12,223.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Giant Pandamonium**<br>**581 Bradford Street**<br>**Pasadena, CA 91105** | 2/16/2024-$5,040<br>2/29/2024-$6,300<br>4/8/2024-$6,300<br>4/10/2024-$7,560 | $25,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Sumit Verma**<br>**Flat 302**<br>**27th Block East**<br>**Delhi, India** | 2/16/2024-$8,000<br>2/29/2024-$4,000<br>4/8/2024-$4,000<br>4/10/2024-$4,000 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 54 of 87

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.7. | **Anthem Blue Cross**<br>**PO Box 51011**<br>**Los Angeles, CA 90051** | **2/28/2024-$1<br>7,937<br>4/4/2023-$18<br>262** | **$36,199.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.8. | **ARC IP Law, PC**<br>**5769 La Jolla Blvd**<br>**La Jolla, CA 92037** | **2/5/2024-$89<br>41** | **$8,941.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.9. | **City of Berkeley**<br>**Office of Economic Dev.**<br>**2180 Milvia St.**<br>**Berkeley, CA 94704** | **2/27/2024-$2<br>0,466** | **$20,466.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.10. | **Cigna**<br>**5476 Collection Center Drive**<br>**Chicago, IL 60693** | **2/28/2024-$3,<br>438<br>4/4/2024-$3,4<br>99** | **$6,938.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.11. | **First Insurance Funding Corp.**<br>**PO Box 7000**<br>**IL 60197** | **4/5/2024-$19,<br>742** | **$19,742.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.12. | **Hanover Insurance Group**<br>**440 Lincoln Street**<br>**Worcester, MA 01653** | **2/28/2024-$2,<br>670<br>3/28/2024-$2,<br>670<br>4/28/2024-$2,<br>670** | **$8,010.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.13. | **Heffernan Insurance Brokers**<br>**PO Box 737006**<br>**Dallas, TX 75373** | **2/6/2024-$1,8<br>53<br>4/3/2024-$44<br>7** | **$2,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.14. | **Kaiser Foundation Health Plan**<br>**File #5915**<br>**Los Angeles, CA 90074** | **4/4/2024-$31,<br>360** | **$31,360.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.15. **Pixar Studios** **1200 Park Avenue** **Emeryville, CA 94608** | **2/14/2024-$7,000** **3/15/2024-$7,000** **4/17/2024-$7,000** | **$21,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.16. **Tippett Studio Canada** **4711 Yonge Street** **10th Floor** **Toronto, Ontario M2N6K8** | **4/5/2024-$130,000** | **$130,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Reconciliation payment. Creditor transferred $356,000 to lender on account of the Debtor. These funds were originally a recevable owed to creditor for a project of which a portion was owed to the Debtor pursuant to a services agreement. Lender then remitted $365,000 to the Debtor, who then paid a portion ($130,000) owed to creditor.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Philip and Jules Tippett** **Owners** | **1/26/2024** | **$12,000.00** | **Repayment of loan. Loan totalling $2,382,840 was forgiven prior to filing bankruptcy.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 56 of 87

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Strategic Tax Solutions v. Tippett Studios, Inc.**<br>**RG21097860** | **Breach of Contract** | **Alameda County Superior Court**<br>**Rene C. Davidson Courthouse**<br>**Oakland, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Sanjay Das v. Tippett Studios, Inc. et al**<br>**T2312966** | **Breach of contract, etc.** | **Alameda County Superior Court**<br>**Rene C. Davidson Courthouse**<br>**Oakland, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Veronica Chen v. Tippett Studios, Inc., et al**<br>**23CV23087** | **Breach of contract, wage claim, etc.** | **Alameda County Superior Court**<br>**Rene C. Davidson Courthouse**<br>**Oakland, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Kalim Winata Arbitration** | **Breach of contract, wage claims, etc.** | **Arbitration**<br>**n/a** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 57 of 87

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway, Suite 600<br>Oakland, CA 94612** | **Prefiling fees for consultation $10,0000<br>Retainer for Chapter 11 $75,000<br>Court filing fee of $1,738** | **August 30, 2023-$7500<br>August 31, 2023-$2500<br>March 3, 2024-$75,000 retainer** | **$85,000.00** |

**Email or website address**
**c.kuhner@kornfieldlaw.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2741 10th Street<br>Berkeley, CA 94710** | **6/1997 to present as month to month** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Berkeley Self Storage<br>2235 San Pablo Ave<br>Berkeley, CA 94702 | Gary Mundell<br>1260 Hopkins Drive<br>Berkeley, CA 94702<br><br>Stanly Sadowski<br>815 Haight Ave<br>Alameda, CA 94501 | Misc materials for studio work | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Case: 24-40657    Doc# 1    Filed: 05/01/24    Entered: 05/01/24 13:41:11    Page 60 of 87

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Heffernan Insurance Brokers**<br>**PO Box 4006**<br>**Walnut Creek, CA 94596** |
| 26d.2. | **Dan Lanigan**<br>**12510 W Horeshoe**<br>**New Lenox, IL 60451** |
| 26d.3. | **IoM Media Ventures, Inc.**<br>**300-1656 Barrington Street**<br>**Halifax, NS B3J 0C2** |
| 26d.4. | **Arenova Capital**<br>**200 Crescent Court**<br>**Dallas, TX 75201** |
| 26d.5. | **PhantomFX**<br>**6th Floor, Tower B**<br>**Kosmo One Tech Park, Plot No. 14 rd Main**<br>**Ambattur, Chennai** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Phillip Tippett** | **2741 Woolsey Street**<br>**Berkeley, CA 94705** | **Owner and Founder** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jules Tippett** | **2741 Woolsey Street**<br>**Berkeley, CA 94705** | **Owner and founder** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Gary Mundell | 1260 Hopkins Drive #45<br>Berkeley, CA 94702 | President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Sanjay Das | c/o The Ottinger Firm<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105 | Former CEO | 1/2022 to 2/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4/30/2024**

**/s/ Gary Mundell**                       **Gary Mundell**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    **Tippett Studio, Inc.**                              Case No. _____
                                    Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Julie Tippett**<br>**2741 Woolsey Street**<br>**Berkeley, CA 94705** | **Common** | **50%** | |
| **Philip Tippett**<br>**2741 Woolsey Street**<br>**Berkeley, CA 94705** | **Common** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **4/30/2024** _____       Signature   **/s/ Gary Mundell** _____
                                                                      **Gary Mundell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Tippett Studio, Inc.**

_____  Debtor(s).  /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of __19__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **4/30/2024**

**/s/ Chris Kuhner**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Tippett Studio, Inc.
914 Grayson Street
Berkeley, CA 94710


 Philip and Jules Tippett
2741 Woolsey Street
Berkeley, CA 94705


1346140 B.B. Ltd.
1375 East 14th Avenue
Vancouver V5N 2C7, Canada


Adam Hazard
2736 58th Street
Sacramento, CA 95817


Angela Pierson
459A 38th Street
Oakland, CA 94602


Anibrain Digital Tecnology
401 Gazdar House
629 AJ Ahankar Sheth Marg
Mumbai, 400 002
India


ARC IP Law, PC
5769 La Jolla Blvd.
La Jolla, CA 92037

```
AT&T
Attn: Bankruptcy
4331 Communications Dr
Floor 4W
Dallas, TX 75211


Banc of America Leasing & Capital LLC
135 South Lasalle Street
Chicago, IL 60603


Bay Alarm
PO Box 51041
Los Angeles, CA 90051


Binds & Animals Unlimited, Inc.
34145 Pacific Coast Hwy, #761
Dana Point, CA 92629


Bradley Fox
2428 California Street
Berkeley, CA 94703


Brett Foxwell
2832 Prince Street
Berkeley, CA 94705


Brian Mendenhall
2207 Ashby Avenue
Berkeley, CA 94705


Burge Pest Control
PO Box 80595
City of Industry, CA 91716
```

California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Carlos Delgado
555 Calle de la Mesa
Novato, CA 94949


Charles Rose
7405 Rockway Avenue
El Cerrito, CA 94530


Chase
Attn Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156


Chris Morley
PO Box 127
1 Prospect Avenue
Port Costa, CA 94569


Christopher Gibbons
4501 West Street
Emeryville, CA 94608


Christopher Hanlon
15 Via Floreado
Orinda, CA 94563

City of Berkeley
Finance Dept
1947 Center Street
Berkeley, CA 94704


City of Berkeley
Revenue Collection Division
1947 Center Street, First Floor
Berkeley, CA 94704


Colin Epstein
730 Talbot Avenue
Albany, CA 94706


Comcast
PO Box 34744
Seattle, WA 98124


Corey Rosen
1255 B De Haro Street
San Francisco, CA 94107


Dale Taylor
3272 Sterling Avenue
Alameda, CA 94501


Dale Taylor
3271 Sterling Avenue
Alameda, CA 94501


Dan Lanigan
12510 W Horeshoe
New Lenox, IL 60451

Daniel Southard
3184 Mackenzie Place
Fremont, CA 94536


David Norfleet
160 Carl Street
San Francisco, CA 94117


David Tanaka
2 Blue Blossom Court
San Rafael, CA 94903


Deborah Thomas
2222 South Broadway Avenue
Boise, ID 83706


Digikore Studios Private Ltd
Growel House
410/2 Mumbai-Pune Road
Dapodi, Pune-411 012
India


EBMUD
PO Box 1000
Oakland, CA 94649


Elliot Bamberger
2510 Bush Street
San Francisco, CA 94115


Eric Jeffery
5950 Doyle Street, #10
Emeryville, CA 94608

Erik Bernhardt
992 SE Portlandia
Hillsboro, OR 97123


Ernest Kotlier
1555 Scenic Avenue
Berkeley, CA 94708


Foundry
Rutland House
148 Edmund Street
Birmingham, UK B3 2JR


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95827-2952


Fred Bode
12056 Smallwood Avenue
Downey, CA 90242


FX3X
Jane Sandanski
108/28 1000
Skopje
Macedonia


Gary Mundell
1260 Hopkins Drive #45
Berkeley, CA 94702


Gretchen Mendel
4119 Adeline Street
Emeryville, CA 94608

Haralambie Popa
1673 Sacramento Street
San Francisco, CA 94109


Helen Li
No. 17 Sec2 Jianguo N. Rd
Zhongshan Dist. Taipei City
Taiwan


Hiu Lei
2812 Sunset Avenue
Oakland, CA 94601


Howard Campbell-Miller
1042 Valley Run
Hercules, CA 94547


IBM Corporation
3039 Cornwallis Road
RSRCH TRI PK
Durham, NC 27709


Imagicraft VFX Inc.
8030 Ventoso Street
Corpus Christi, TX 78414


Innovate Entertainment, Inc
811 N. Catalina Avenue
Suite 1108
Redondo Beach, CA 90277


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


Itria Ventures
One Penn Plaza, Suite 3101
New York, NY 10119


Jambalay
Grass Fed Productions, Inc.
500 S. Buena Vista Street
MC 3301
Burbank, CA 91521


James Brown III
7124 Cold Springs Road
Penngrove, CA 94951


James Saltzman
639 Humboldt Street
Richmond, CA 94805


Jcee Villadelgado
5043 Whins Court
San Pablo, CA 94806


Jeffrey Heath
27418 Arriola Avenue
Santa Clarita, CA 91350


Jennifer Longaway
103 Habitat Terrace
San Francisco, CA 94112

John Daniel
1369 Francisco Street
Berkeley, CA 94702


John Dunlap
900 Rumba Court
Roseville, CA 95747


Jonathan Bunning
3 Lowes View Diss
Norfolk IP22 4JP
United Kingdon


Joseph Hamdorf
178 Haviture Way
Vallejo, CA 94589


Joshua Sobel
1011 SW 93 Terrace
Fort Lauderdale, FL 33324


Julie Tippett
2741 Woolsey Street
Berkeley, CA 94705


Kai Chang
5651 Adeline Street
Emeryville, CA 94608


Kalim Winata
3135 Herriot Aveneu
Oakland, CA 94619

Kasita Wonowidjojo
9989 Liebe Drive
Beverly Hills, CA 90210


Katalyn Sabicer
3654 Highland Road
Sebastopol, CA 95472


Kaufman Dolowich LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797


Ken Rogerson
23 Maine Avenue, #29
Richmond, CA 94804


Konstantin Promokhov
3183 Loma Verde Place
Palo Alto, CA 94303


Kursad Karatas
2022 N. Newhall
Milwaukee, WI 53202


Law Offices of Ted Upland
3000 Danville Blvd. #112
Alamo, CA 94507


Leaf Capital
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Lemon Sky Amination
Unit 3-13A-01, Tower 3
UOA Business Park, No. 1
Jalan Pengatucara U1/51A


Lion Technology Finance, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Lisa Cooke
2132 Blackwood Drive
Walnut Creek, CA 94596


Lorvene Entertainment Private, Ltd.
F-1, Unicode Elite
Bakkannapalem, Vishakhapatnam
India


Marie-Laure Nguyen
1652 Marin Avenue
Berkeley, CA 94707


Mark Dubeau
929 Dewing Avenue, Apt. A
Lafayette, CA 94549


Mark Powers
81 Crescent Avenue
San Francisco, CA 94110


Mary Payne
581 Bradford Street
Pasadena, CA 91105

Mathew Hazalrig
147 N. Avenue 18
Los Angeles, CA 90031


Mathew Smyj
6431 Benvenue Avenue, Apt. A
Oakland, CA 94618


Merrick Cheney
55 De Luca Place Suite A
San Rafael, CA 94901


Michael Root
210 Glen Drive
Sausalito, CA 94965


Michale Wilman
3330 Garden Drive
Vancouver, BC
V5N 4Y3
Canada


Michele Ahn
11110 Sweet River Dr
Bakersfield
Bakersfield, CA 93311


Neal Hoover
278 Barbara Lane
Daly City, CA 94015


Nicholas Damico
17257 Leadwell Street
Van Nuys, CA 91406

Nite & Day Power Tech
215 Woodson Avenue
Ben Lomond, CA 95005


Norris Houk
2812 W. 84th Place
Inglewood, CA 90305


Omar Hauksson
Njalsgata 35 101
Reykjavik
Iceland


Oracle Credit Corp
PO Box 412622
Boston 02241


PG & E
P.O. Box 99730
Sacramento, CA 95899


Phantom Digital Effects Limited
plot#14, 16th Floor
Tower B One
Indchennai Tamil Nad
India 60056


Philip Tippett
2741 Woolsey Street
Berkeley, CA 94705


Pixar Animation Studio
1200 Park Avenue
Emeryville, CA 94608

Prodigy Public Relations, LLC
2005 Robinson Street, #8
Redondo Beach, CA 90278


Quench USA, Inc.
PO Box 735777
Dallas, TX 75373


Rahul Venugopal
3043 Sherbrooke Street, Apt. 411
Montreal, QC H1 089


Randy link
807 41st Avenue
San Francisco, CA 94121


Raymond Sena
3704 Anza Way
San Leandro, CA 94578


Rayon FX
200-415 Rue Saint-Charles O
Longueuil, QC
J4H 1G1
Canada


Resonance Digital LLP
F-802 Lotus Corporate Park
Western Express Highway Goregaon
East Mur


Riley Lozano
935 Grizzly Peak
Berkeley, CA 94708

Roberts Meyers
4 Kit Carson Way
Vallejo, CA 94589


Rose Duignan
1015 Cragmont Avenue
Berkeley, CA 94708


Ross Nakamura
70 Ruby Lane
Vallejo, CA 94590


Sanjay Das
44 Highgate Road
Berkeley, CA 94704


Sanjay Das
c/o The Ottinger Firm
535 Mission Street, 14th Floor
San Francisco, CA 94105


Satish Ratakonda
4340 Valley Avenue
Pleasanton, CA 94566


SE Software
520 Broadway, 2nd floor
Santa Monica, CA 90401


Sean Charlesworth
435 Bay Street
Crockett, CA 94525

Sean House
7 Loma Vista
Vallejo, CA 94590


Shmuel Segal
2540 Lessley Avenue
Castro Valley, CA 94546


Sonic
2260 Appolla Way
Santa Rosa, CA 95407


Spellbound Visual Effects & Animation
1&2, 100 Feed Road
Thiru Vi Ka Industrial Estate
Ekkattuthangel, Chennel
India


Stanley Sadowski
815 Haight Avenue
Alameda, CA 94501


Steven Bongers
504 Jeff King Street
Gallup, NM 87301


Strategic Tax Solutions
287 Camelia Circle
Larkspur, CA 94939


Subhra Raha
5/A Bijoynagar
24 PGS North, West Bengal
Naihati
India

Sumit Verma
Flat 302, 27th Block
East End apt Mayur Vihar Phase 1 ext
East Delhi
India


Tau Films, LLC
3534 Purdue Avenue
Los Angeles, CA 90066


Teradici
350 N. Clarke Street, Suite 700
Chicago, IL 60654


The Oliver Ellis Wood LLC
1300 S. 51st Street
Richmond, CA 94804


Thomas Hutchinson
2051 El Dorado Court
Novato, CA 94947


Tiffany Janitorial Services
PO Box 7078
Oakland, CA 94601


Tippett Studio Canada
4711 Yonge Street
10th Floor
Toronto, Ontario M2N6K8


Tom Gibbons
2423 Spaulding Avenue
Berkeley, CA 94703

```
U.S. Small Business Administration
Office of Processing and Disbursement
1545 Hawkins Blvd, Ste 202
El Paso, TX 79925-2652


Ultra 8
151 Boultbee Avenue
MAJ 1B2
Canada


Valentina Ghiringhelli
Via Vittorio Emanuele 25
Capraia Island
Italy 57032


Veronica Chen
541 Sierra Nadre Villa Ave,
Pasadena, CA 91107


Vertigo Visual
Pariska 10b
Skpje, Macedonia


Waterlogic West, Inc
PO Box 31001
Pasadena, CA 91110


Webster Colcord
2000 Franciscan Way, Apt 100
Alameda, CA 94501


Wells Fargo Bank Card
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306
```

William Kalkanis-Ellis
1827 Addison Street
Berkeley, CA 94703


Zachary Bascou
51 Emerald Circle
Vallejo, CA 94589


Zavava Ltd
369 Hagley Road West
Birmingham
United Kingdom B32 2AL

# United States Bankruptcy Court
## Northern District of California

In re    **Tippett Studio, Inc.**                           Case No. _____

                                           Debtor(s)                      Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Tippett Studio, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Julie Tippett**
**2741 Woolsey Street**
**Berkeley, CA 94705**

**Philip Tippett**
**2741 Woolsey Street**
**Berkeley, CA 94705**

☐ None [*Check if applicable*]

| | |
|---|---|
| **4/30/2024** | **/s/ Chris Kuhner** |
| Date | **Chris Kuhner 173291** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Tippett Studio, Inc.** |
| | **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** |
| | **1970 Broadway, Ste 600** |
| | **Oakland, CA 94612** |
| | **510-763-1000 Fax:510-273-8669** |

**United States Bankruptcy Court**
**Northern District of California**

| | | | |
|---|---|---|---|
| In re | **Tippett Studio, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Gary Mundell**, declare under penalty of perjury that I am the **President and Chief Executive Officer** of **Tippett Studio, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **30th** day of **April**, 20**24** .

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Gary Mundell**, **President and Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Gary Mundell, President and Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Gary Mundell, President and Chief Executive Officer** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

| | | | |
|---|---|---|---|
| Date | **4/30/2024** | Signed | **/s/ Gary Mundell** |
| | | | **Gary Mundell** |

Resolution of Board of Directors
of
**Tippett Studio, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gary Mundell, President and Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Gary Mundell, President and Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Gary Mundell, President and Chief Executive Officer** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date   **4/30/2024**        Signed    /s/ Gary Mundell

Date   **4/30/2024**        Signed