CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Tippett Studio, Inc., Reorganized Debtor

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Tippett Studio, Inc.,

Debtor.

Case No. 24-40657 WJL

Chapter 11

**DEBTOR'S STATEMENT RE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Date: October 1, 2025
Time: 10:30 a.m.
Ctrm: 220
U.S. Bankruptcy Court
1300 Clay Street
Oakland, CA 94612

Tippett Studio, Inc., reorganized debtor in the above Chapter 11 bankruptcy case ("Reorganized Debtor"), hereby submits this statement regarding the pending United States Trustee's Motion to Dismiss ("Motion") [Docket No. 151] as follows:

At the initial hearing on the Motion on August 27, 2025, the Court continued the Motion to October 1, 2025 to allow time for the final payment of $700,000 to be made to the Debtor from Phantom Digital Effects, Ltd. per the terms of the Shareholder Purchase Agreement. On September 27, 2025, the Debtor confirmed the final payment was received on September 26, 2025.

Based on the foregoing, since the Debtor has now received the final payment and there are no outstanding issues relating to the Motion, the Motion should be withdrawn or denied.

Dated: September 29, 2025

Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

By: /s/ Chris D. Kuhner
(Bar No. 173291)
Attorneys for Reorganized Debtor

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On September 29, 2025, I served the following documents:

**DEBTOR'S STATEMENT RE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

*Via-Electronic Service*
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl.,
#05-0153
San Francisco, CA 94102

*Via-Electronic Service*
Ecf@stjames-law.com
Michael St. James, Esq.
ST. JAMES LAW, P.C.
236 Portal Avenue, Suite 305
San Francisco, California 94127

*Via-ECF Paul.Leahy@usdoj.gov*
Office of the United States Trustee
Attn: Paul G. Leahy
280 South First St., Suite 268
San Jose, CA 95113

*Via-ECF* Audrey.Pak@usdoj.gov
U.S. Small Business Administration
Attn: Audrey Pak
455 Market Street, Suite 600
San Francisco, CA 94105

*Via-ECF*
Matthew D. Resnik, Esq.
David M. Kritzer
RHM LAW LLP
17609 Ventura Blvd, Suite 314
Encino, California 91316
Email: Matt@rhmfirm.com

*Via-ECF*
Ryan A. Witthans
Stephen D. Finestone
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Email: rwitthans@fhlawllp.com
Email: sfinestone@fhlawllp.com

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2025 at Oakland, California.

/s/ Gail A. Michael

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612